IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| George J. Gleeson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:08-cv-126 |
| vs. ) | |
| ) | |
| Hon. Joy McDonald, et al., ) | |
| ) | |
| Defendants. ) | |

**REPORT AND RECOMMENDATION**

Plaintiff George J. Gleeson ("Gleeson") filed a motion for leave to appeal *in forma pauperis* ("IFP") on July 6, 2009. (Doc. # 44). However, Gleeson's IFP application was incomplete. He did not indicate whether or not he is currently employed, and the income he may receive from such employment. He stated that he has received income in the past 12 months from business, profession, or other self employment; from pension, annuity, or life insurance payments; and from a trust fund. However, he did not describe the exact sources of the money, or the amount received or expected to receive in the future. He did not indicate whether or not he owns property of value and did not list his regular monthly expenses. He stated that he has more than $25,000 of debt, but does not indicate the source of the debt. Based on the limited information provided the court was unable to determine whether or not Gleeson may appeal IFP and ordered on July 10, 2009, that he fully complete the IFP application providing all of the information requested within 10 days. (Doc. # 46). It has now been more than 45 days since the court issued its order. Gleeson has failed to demonstrate his eligibility for IFP status. Accordingly, it is **RECOMMENDED** that Gleeson's motion for leave to appeal IFP **BE DENIED**. (Doc. # 44).

Pursuant to Local Rule 72.1 (D)(3), any party may object to this recommendation within ten (10) days after being served with a copy.

Dated this 27th day of August 2009.

      /s/ *Karen K. Klein*
Karen K. Klein
United States Magistrate Judge