IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| George J. Gleeson, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:08-cv-126 |
| | ) | |
| -vs- | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION** |
| Hon. Joy McDonald, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has moved for leave to appeal *in forma pauperis* (IFP). The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending Plaintiff's motion for leave to appeal IFP be denied (Doc. #47). No party has filed an objection to this recommendation within the requisite time period. Local Rule 72.1(E)(4).

The Court has reviewed the Report and Recommendation, along with the entire file, and finds the Magistrate Judge's position is correct. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, Plaintiff's motion for leave to appeal IFP is hereby **DENIED**.

**IT IS SO ORDERED.**

Dated this 24th day of September, 2009.

/s/   Ralph R. Erickson
Ralph R. Erickson, District Judge
United States District Court